IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

COMER BRASCOM,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Appellant,

v.                                                    CASE NO. 1D14-5498

STATE OF FLORIDA,

    Appellee.

_____/

Opinion filed March 4, 2015.

An appeal from an order of the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Comer Brascom, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Kristen Bonjour, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

THOMAS, CLARK, and WETHERELL, JJ., CONCUR.